# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT CLEVELAND

| | | |
|---|---|---|
| WILLIAM MCKISSACK, | : | Case No. 1:23-cv-984 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| RYAN JASINSKY, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This case is before the Court following the teleconference on April 25, 2024, and upon Plaintiff's Motion to Extend Discovery Deadlines and Adopt Proposed Amended Case Management Schedule (Doc. #37).  As discussed during the teleconference, the Court **GRANTS** Plaintiff's Motion to the extent that he requests an extension of the discovery deadlines.  However, to account for the time that has elapsed since Plaintiff filed his Motion, the discovery deadlines will be extended as follows:

1. Non-expert discovery: **June 25, 2024**

2. Expert reports for the party with the burden of proof: **July 25, 2024**

3. Rebuttal expert reports: **August 30, 2024**

4. Expert discovery: **September 30, 2024**

5. Dispositive motions: **October 30, 2024**

Additionally, a teleconference regarding Plaintiff's Motion to Compel (Doc. #41) is set for **April 26, 2024** at **11:00 a.m.**[1]

    **IT IS SO ORDERED.**

April 26, 2024                                            *s/Peter B. Silvain, Jr.*
                                                                              Peter B. Silvain, Jr.
                                                                              United States Magistrate Judge

---

[1] TELECONFERENCE INSTRUCTIONS:  Please call 888-363-4735.  The access code is 6287286.  The security code is 123456.  If you have any questions, please call Chambers at 937-512-1620.