# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT CLEVELAND

| | | |
|---|---|---|
| WILLIAM MCKISSACK, | : | Case No. 1:23-cv-984 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| RYAN JASINSKY, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This case is before the Court following the teleconference on April 26, 2024. As discussed during the teleconference, given the discovery still outstanding, the scheduling deadlines will be extended as follows:

1. Non-expert discovery: **August 26, 2024**

2. Expert reports for the party with the burden of proof: **September 26, 2024**

3. Rebuttal expert reports: **October 30, 2024**

4. Expert discovery: **December 2, 2024**

5. Dispositive motions: **January 2, 2024**

Additionally, Plaintiff's Motion to Compel (Doc. #41) is **DENIED** as moot.

**IT IS SO ORDERED.**

April 26, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge