UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

| | | |
|---|---|---|
| WILLIAM MCKISSACK, | : | Case No. 1:23-cv-984 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| RYAN JASINSKY, *et al.*, | : | |
| Defendants. | : | |

## ORDER

On August 26, 2024, Plaintiff filed a "Motion for Informal Telephone Conference-Expedited" (Doc. #78) as well as a "Notice of Discovery Dispute" (Doc. #79). The Court notes that *today* is the non-expert discovery deadline established in the Amended Scheduling Order (Doc. #59). Despite being repeatedly advised by the Court in prior telephone conferences to bring disputes to the undersigned well in advance of the established deadlines, counsel has now filed the instant Motion containing cryptic multicolor/multidate half-formed concepts lamenting Defendants' failures in their discovery responses. The Court will not attempt to decode this filing. Plaintiff has until 5:00 p.m. on **August 27, 2024**, to file a complete Motion, fully explaining his position detailing the discovery dispute in chronological order. Further, Defendants have until 5:00 p.m. on Friday, **August 29, 2024**, to file complete responses to the Plaintiff's Motion. This will include fully elaborated and legally supported explanations as to why a "collective bargaining order" or any "order of a court" prevents full compliance with the discovery requirements set out in the Federal Rules of Civil Procedure. The Court will review the filings and set a teleconference

for next week. Counsel for all parties are hereby put on notice of the possibility of sanctions for failure to fully and timely comply with all of their discovery obligations.

    **IT IS SO ORDERED.**

August 26, 2024                                    *s/Peter B. Silvain, Jr.*
                                                                               Peter B. Silvain, Jr.
                                                                               United States Magistrate Judge