# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT CLEVELAND

| | | |
|---|---|---|
| WILLIAM MCKISSACK, | : | Case No. 1:23-cv-984 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| RYAN JASINSKY, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This case is before the Court upon Defendants' Motion to Clarify (Doc. #101) and Plaintiff's Brief in Opposition (Doc. #102). The undersigned held a discovery teleconference with counsel for the parties on February 21, 2025.

As discussed during the teleconference, for good cause shown, Defendants' Motion to Clarify (Doc. #101) is hereby **GRANTED**. The expert discovery deadline is extended to **March 24, 2025**, for the limited purpose of deposing Plaintiff's use-of-force expert, Scott Hilden. Additionally, the dispositive motion deadline is extended to **April 23, 2025**.

**IT IS SO ORDERED.**

February 21, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge