# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT CLEVELAND

| | | |
|---|---|---|
| WILLIAM MCKISSACK, | : | Case No. 1:23-cv-984 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| RYAN JASINSKY, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This case is before the Court upon the parties' Joint Motion Requesting Referral to Mediation (Doc. #112).

The parties' Joint Motion Requesting Referral to Mediation (Doc. #112) is hereby **GRANTED**.  Accordingly, this case is hereby referred to United States Magistrate Judge Caroline H. Gentry solely for the purposes of conducting a mediation.  Magistrate Judge Gentry shall have full authority to conduct the mediation and shall report to District Judge Michael J. Newman whether or not it has resulted in settlement of this case.

**IT IS SO ORDERED.**

April 11, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge