IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

WILLIAM MCKISSACK,

    Plaintiff,

vs.

RYAN JASINSKY, *et al.*,

    Defendants.

Case No. 1:23-cv-984

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) STAYING THE BRIEFING SCHEDULE ON THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT (Doc. Nos. 119, 120) UNTIL JUNE 30, 2025; (2) SETTING A BRIEFING SCHEDULE ON THE MOTIONS IN THE EVENT MEDIATION DOES NOT RESOLVE THE CASE; AND (3) TERMINATING AS MOOT DEFENDANTS' MOTION FOR AN EXTENSION TO FILE A BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Doc. No. 138)**

---

On April 18, 2025, the Court referred this case to mediation. Doc. No. 117. Mediation is set for June 30, 2025. Doc. No. 118. As such, the Court **STAYS** briefing on the parties' motions for summary judgment (Doc. Nos. 119, 120) until **June 30, 2025**. *Cf.* Fed. R. Civ. P. 1 (The Federal Rules of Civil Procedure "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding").

Review of the record reveals the parties will need additional time for briefing in the event mediation does not resolve the case. Plaintiff needs time to file a reply in support of his motion for summary judgment. *See* Doc. Nos. 119, 139. Also, assuming Plaintiff will file a memorandum in opposition to Defendants' motion for summary judgment (Doc. No. 120), Defendants will need time to file a reply. Accordingly, the Court **SETS** the following briefing schedule on the motions for summary judgment (Doc. Nos. 119, 120):

    1. Plaintiff's memorandum in opposition to Defendants' motion for summary judgment is due by **July 14, 2025**;

2. Replies, if any, in support of the parties' motions for summary judgment are due by **July 28, 2025**.

The Court **TERMINATES AS MOOT** Defendants' motion for an extension of time to file a brief in opposition to Plaintiff's motion for summary judgment.  Doc. No. 138.

**IT IS SO ORDERED.**

June 2, 2025                                                           s/*Michael J. Newman*
                                                                                 Hon. Michael J. Newman
                                                                                 United States District Judge